

**BRIAN QUINN**
Chief Justice

**JAMES T. CAMPBELL**
Justice

**MACKEY K. HANCOCK**
Justice

**PATRICK A. PIRTLE**
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

**VIVIAN LONG**
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

March 18, 2015

Jeffrey S. Ford
Assistant Criminal District Attorney
P.O. Box 10536
Lubbock, TX 79408
* DELIVERED VIA E-MAIL *

Julie Goen Panger
THE KIECHLER LAW FIRM PLLC
619 Broadway
Lubbock, TX 79401
* DELIVERED VIA E-MAIL *

**RE:**    Case Numbers:  07-14-00389-CR, 07-14-00410-CR
Trial Court Case Numbers: 2013-437,920, 2013-400,018

**Style:** Steven Regalado v. The State of Texas

Dear Counsel:

State's brief is filed Tuesday, March 17, 2015.

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK